IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SALSAS DE JALISCO CACU, S.A. de C.V., a Mexican Corporation,<br><br>   *Plaintiff*,<br><br> -against-<br><br>GRUPO INDUSTRIAL VIDA, S.A. de C.V., a Mexican Corporation, and<br>MARKET 5201, LLC,<br>a Texas Limited Liability Company,<br><br>   *Defendant*s. | CIVIL ACTION NO.<br>4:12-cv-742<br><br>**STIPULATION AND ORDER DISMISSING THE ACTION** |

 Upon consent of the parties through their counsel, it is hereby **STIPULATED** and **ORDERED** that this action, including without limitation all claims and counterclaims, whether known or unknown, arising from the allegations made herein, is hereby dismissed, pursuant to Fed. R. Civ. P. 41(a)(1), with prejudice and with the parties bearing their own costs and attorneys' fees.

Dated: March 3, 2014
   New York, New York

    **ABELMAN FRAYNE & SCHWAB**

    /s/ Anthony A. Coppola
    Michael Aschen (*Pro Hac Vice*)
    Anthony Coppola (*Pro Hac Vice*)
    666 Third Avenue
    New York, New York  10017
    Tel: (212) 949-9022
    Fax: (212) 949-9190

    **PATTERSON & SHERIDAN, LLP**
    Keith Jaasma
    Texas Bar No. 0794014
    S.D. Texas No. 20586
    3040 Post Oak Blvd.
    Suite 1500
    Houston, Texas 77056
    Tel: (713) 623-4844
    Fax: (713) 623-4846

    Counsel for Plaintiffs

-2-

| | |
|---|---|
| Dated: March 3, 2014<br>       Houston, Texas | **Morgan, Lewis & Bockius LLP**<br><br>/s/ Rick L. Rambo<br>Rick L. Rambo<br>1000 Louisiana St.<br>Suite 4000<br>Houston, TX 77002-5006<br>Tel: (713) 890-5000<br>Fax: (713) 890-5001<br><br>Counsel for Defendants |

**IT IS SO ORDERED,**
this ___ day of March, 2014

_____
United States District Judge