IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SALSAS DE JALISCO CACU, S.A. de C.V., a Mexican Corporation,<br><br>    *Plaintiff*,<br><br>  -against-<br><br>GRUPO INDUSTRIAL VIDA, S.A. de C.V., a Mexican Corporation, and<br>MARKET 5201, LLC,<br>a Texas Limited Liability Company,<br><br>    *Defendants*. | CIVIL ACTION NO.<br>4:12-cv-742<br><br>**STIPULATION AND ORDER DISMISSING THE ACTION** |

  Upon consent of the parties through their counsel, it is hereby **STIPULATED** and **ORDERED** that this action, including without limitation all claims and counterclaims, whether known or unknown, arising from the allegations made herein, is hereby dismissed, pursuant to Fed. R. Civ. P. 41(a)(1), with prejudice and with the parties bearing their own costs and attorneys' fees.

Dated: March 3, 2014
   New York, New York

         **ABELMAN FRAYNE & SCHWAB**

         /s/ Anthony A. Coppola
         Michael Aschen (*Pro Hac Vice*)
         Anthony Coppola (*Pro Hac Vice*)
         666 Third Avenue
         New York, New York 10017
         Tel: (212) 949-9022
         Fax: (212) 949-9190

         **PATTERSON & SHERIDAN, LLP**
         Keith Jaasma
         Texas Bar No. 0794014
         S.D. Texas No. 20586
         3040 Post Oak Blvd.
         Suite 1500
         Houston, Texas 77056
         Tel: (713) 623-4844
         Fax: (713) 623-4846

         Counsel for Plaintiffs

Dated: March 3, 2014  
       Houston, Texas

**Morgan, Lewis & Bockius LLP**

/s/ Rick L. Rambo  
Rick L. Rambo  
1000 Louisiana St.  
Suite 4000  
Houston, TX 77002-5006  
Tel: (713) 890-5000  
Fax: (713) 890-5001

Counsel for Defendants

**IT IS SO ORDERED,**  
this 4th day of March, 2014

_[signature]_  
United States District Judge